Opinion issued May 6, 2010.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00156-CV

———————————

ROBIN LEE BALDWIN, Appellant

V.

MARIA TERESA
BALDWIN, Appellee



 



 

On Appeal from the 280th District Court 

Harris County, Texas



Trial Court Case No. 2009-71808

 



 

MEMORANDUM OPINION

          Appellant
has filed a motion to dismiss the appeal. 
More than 10 days have elapsed, and appellee has not filed an
objection.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  Tex. R. App. P. 42.1(a)(1).

            We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Jennings, Hanks, and Bland.